ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff HSBC Bank USA, N.A,
as Trustee for the Holders of Ace Securities
Corp. Home Equity Loan Trust, Asset Backed
Pass Through Securities 2005-HE7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A, AS TRUSTEE FOR THE HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, ASSET BACKED PASS THROUGH SECURITIES 2005-HE7, <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No. 2:19-cv-00752-JAD-BNW <br><br> **STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff HSBC Bank USA, N.A, as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Securities 2005-HE7 (**HSBC**) and defendant SFR Investments Pool 1, LLC stipulate and agree as follows:

1. SFR's demand for security of costs pursuant to NRS 18.130(1), filed on May 24, 2019, is granted. (ECF No. 9.)

///

///

///

1

49203729;1

2. HSBC shall post a cost bond in the amount of $500.00 or make a cash deposit of $500 within fourteen (14) days of entry of an order approving this stipulation.

DATED: June 19th, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Diana S. Ebron* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for plaintiff HSBC Bank USA, N.A., as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Certificates, Series 2005-HE7* | *Attorneys for defendant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Motion for Demand of Security Costs (ECF No. 9) is **MOOT**.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

49203729;1

2