ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for HSBC Bank USA, N.A, as Trustee for the Holders of the Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass-Through Certificates Series 2005-HE7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A, AS TRUSTEE FOR THE HOLDERS OF THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE7,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:19-cv-00752-JAD-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Holly E. Walker, Esq. is no longer associated with the law firm of Akerman LLP and requests that Ms. Walker be removed from the service list.

/ / /

/ / /

/ / /

1

56332678;1

Akerman LLP continues to serve as counsel for HSBC Bank USA, N.A., as Trustee for the Holders of the Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass-Through Certificates, Series 2005-HE7 in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Melanie D. Morgan, Esq., and Donna M. Wittig, Esq.

DATED this 2nd day of February, 2021.

**AKERMAN LLP**

*/s/ Donna M. Wittig, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for HSBC Bank USA, N.A, as Trustee for the Holders of the Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass-Through Certificates Series 2005-HE7*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: 2/8/2021

2

56332678;1